Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 04-10367-DPW
)
ADAM STUPAK )
)

SCANNED
DATE: 12/23/04
BY: KW

## WAIVER OF INDICTMENT

I, ADAM STUPAK, the above-named defendant, who is accused of knowingly and willfully offering to pay remunerations, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, to physicians to induce them to refer individuals, including Medicaid patients, to pharmacies and Serono Laboratories, Inc., for the furnishing of an item, Serostim, for which payment may be made in whole or in part under a Federal health care program; being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on December 21, 2004 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer
12/21/04