# KOBRE & KIM LLP

888 SEVENTH AVENUE
NEW YORK, NEW YORK 10019
TEL 212.586.9150
FAX 212.586.9600
WWW.KOBREKIM.COM

December 22, 2004

<u>Via Facsimile 617.748.9096</u>
Clerk's Office
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re:    United States of America v. Adam Stupak
                 Case No. 1:04-CR-10367-DPW

Dear Clerk:

      This letter is a formal request for a copy of the plea agreement signed by Adam Stupak, procedural order mandated by Judge Douglas P. Woodlock and hearing transcripts by Court reporter, Carol Scott dated December 21, 2004 for the above-referenced case. Please include the invoice for production costs with the copies of requested documents.

      I appreciate your assistance in this matter. Please contact me if you require anything additional.

                                        Sincerely,

                                        Lola Lee
                                        Legal Assistant
                                        212.586.9150