UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Criminal No. 04-10367-DPW |
| | ) |
| **ADAM STUPAK,** | ) |
| Defendant. | ) |
| | ) |
| | ) |

## MOTION TO CONTINUE SENTENCING
### (Assented To)

Now comes the United States of America, by and through its attorney, Michael J. Sullivan, and requests the Court to continue the sentencing of the defendant, Adam Stupak, in this case from March 15, 2005 until a date on or after September 15, 2005, for the following reasons:

1. The defendant, Adam Stupak, has entered into a Plea Agreement with the government which requires him to, among other things, cooperate fully with law enforcement agents and government attorneys, and requires that he testify truthfully and completely before any grand jury, and at any hearing and trial in this and any related cases. The defendant's cooperation is not yet complete.

2. In his Plea Agreement the defendant waived any rights he may have to prompt sentencing and agreed to join in any requests by the U.S. Attorney that sentencing be postponed until Defendant's cooperation is complete, in order to enable the Court to have the benefit of all relevant sentencing information. All relevant sentencing information is not yet available and is not expected to be available until --at the earliest– September, 2005.

Therefore, the government requests that sentencing in this case be continued until a date on or after September 15, 2005.

3. The parties have conferred pursuant to L. R. 7.1. Defendant's counsel assents to this motion.

Wherefore, the United States requests the Court to continue sentencing in this case from March 15, 2005 until a date on or after September 15, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MARY ELIZABETH CARMODY
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3290

**CERTIFICATION PURSUANT TO L. R. 7.1 (A)(3)**

I hereby certify that on February 2, 2005, I conferred with the office of the attorney of record for the defendant by telephone to confer regarding the issues presented in this motion. Counsel for the defendant assented to this motion.

_____
MARY ELIZABETH CARMODY

**CERTIFICATE OF SERVICE**

I hereby certify that on a true copy of the above document was served upon the attorney of record for each other party by mail on February 3, 2005.

_____
MARY ELIZABETH CARMODY
Assistant U.S. Attorney