UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>)<br>v.                                )            Criminal No. 04-10367-DPW<br>)<br>)<br>)<br>**ADAM STUPAK**,                 )<br>         Defendant.        ) | |

**MOTION TO FURTHER CONTINUE SENTENCING**
**(Assented To)**

Now comes the United States of America, by and through its attorney, Michael J. Sullivan, and requests the Court to continue the sentencing of the defendant, Adam Stupak, in this case from January 19, 2006 until a date on or after March 15, 2006, for the following reasons:

1. The defendant, Adam Stupak, has entered into a Plea Agreement with the government which requires him to, among other things, cooperate fully with law enforcement agents and government attorneys, and requires that he testify truthfully and completely before any grand jury, and at any hearing and trial in this and any related cases. The defendant's cooperation is not yet complete.

2. In his Plea Agreement the defendant waived any rights he may have to prompt sentencing and agreed to join in any requests by the U.S. Attorney that sentencing be postponed until Defendant's cooperation is complete, in order to enable the Court to have the benefit of all relevant sentencing information.

3. Lead counsel for the United States will be out of the office for medical reasons from October 26, 2005 and is not expected to return to the office until December 12, 2005. Therefore, she will not be available during the time-frame for the current sentencing date.

4. In addition, all relevant sentencing information is not yet available and is not expected to be available until --at the earliest– March 15, 2006. Therefore, the government requests that sentencing in this case be continued until a date on or after March 15, 2006.

5. The parties have conferred pursuant to L. R. 7.1. Defendant's counsel assents to this motion.

Wherefore, the United States requests the Court to further continue sentencing in this case from January 19, 2006 until a date on or after March 15, 2006.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Mary Elizabeth Carmody

    MARY ELIZABETH CARMODY
    Assistant U.S. Attorney
    U. S. Attorney's Office
    John Joseph Moakley
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3290

**CERTIFICATION PURSUANT TO L. R. 7.1 (A)(3)**

I hereby certify that on October 24, 2005, I conferred with the office of the attorney of record for the defendant by telephone to confer regarding the issues presented in this motion. Counsel for the defendant

3

assented to this motion.

/s/ Mary Elizabeth Carmody
_____
MARY ELIZABETH CARMODY

**CERTIFICATE OF SERVICE**

I hereby certify that on a true copy of the above document was served upon the attorney of record for each other party by mail on October 25, 2005.

/s/ Mary Elizabeth Carmody
_____
MARY ELIZABETH CARMODY
Assistant U.S. Attorney