UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ADAM STUPAK　　　　　　　　　) | Criminal No. 04-10367-DPW |

**NOTICE OF APPEARANCE**

Please enter my appearance for defendant Adam Stupak.

　　　　　　　　　　　　　　　　ADAM STUPAK
　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　/s/ *E. Peter Parker*
　　　　　　　　　　　　　　　　E. Peter Parker
　　　　　　　　　　　　　　　　 B.B.O. #552720
　　　　　　　　　　　　　　　　151 Merrimac Street
　　　　　　　　　　　　　　　　Boston, MA  02114
　　　　　　　　　　　　　　　　(617) 742-9099

**Certificate of Service**

　　I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 8, 2007.

　　　　　　　　　　　　　　　　/s/ *E. Peter Parker*
　　　　　　　　　　　　　　　　E. Peter Parker