UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10367-DPW |
| | ) | |
| ADAM STUPAK | ) | |

**SUPPLEMENTAL SENTENCING MEMORANDUM**

Defendant Adam Stupak submits this supplement to his previously-filed Sentencing Memorandum. The purpose of this pleading is to bring to the court's attention the attached letters, which were written by persons who have known Mr. Stupak for decades and who wanted their voices heard at sentencing. Many of the letters were lost by predecessor counsel, recently found and provided to undersigned counsel, but not in time to submit with Mr. Stupak's sentencing memorandum.

Exhibit 1 consists of letters from family members who span four generations. The letters uniformly described a good-hearted, kind, selfless, honest man of integrity devoted to his family above all else. The letters, particularly the first one, from Mr. Stupak's 14 year-old son Matthew, describe the pervasive strain this criminal prosecution has had on Mr. Stupak and all of the members of his very close-knit family.

Exhibit 2 consists of letters from friends and members of Mr. Stupak's community. Each writer attests to Mr. Stupak's devotion not only to family, but to community as well. Many of the writers offer more than just their personal opinions of Mr. Stupak's character – they describe instances where Mr. Stupak's gave of himself where he could not possibly have expected to receive any benefit in return. Mr. Stupak's actions speak louder than words. Those actions, witnessed and attested to in the attached

letters, provide the most accurate and complete picture of the true character of the person

who stands before the court for sentencing.

ADAM STUPAK
By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
B.B.O. #552720
151 Merrimac Street
Boston, MA  02114
(617) 742-9099

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) and paper copies will be sent to those indicated as non registered participants on
June 27, 2007.

/s/ *E. Peter Parker*
E. Peter Parker

The Honorable Douglas P. Woodlock
United States District Judge
United States Courthouse
One Courthouse Way
Boston, MA 02210

June 21, 2007

Dear Judge Woodlock,

My name is Matthew Stupak and I am the oldest son of Adam and Susan Stupak. I am writing to you to tell you about my Dad.

Ever since the government went after my Dad he has been having a hard life. He throws up almost every night and we get phone calls from the water and electrical companies about non paid bills. I only know a little bit of the story but I am sure my Dad did nothing wrong. He is a good, caring, and loving person. I could not imagine my life without him for even one day! This whole thing had screwed up his marriage and his life. My Mom and Dad fight every night and are selling the house because they can not pay the bills. My Dad also has had a very hard time finding jobs. Every job he applies for he can't get because they don't want a person with a criminal record or they have looked him up on the internet and quickly decide he is "over qualified". He has been forever labeled and I can't understand why. My Mom got him his last two jobs by talking to her friends but he still has not made any money. Now my brother has to go to a different school as my parents can't afford things.

My parents don't tell me much except that everything will be alright. I know they are trying to protect my brothers and sister but I wish I could do more to help my Dad. I know he is not a criminal like the government says. If you knew him you would want to be his friend. He is caring, funny, sometimes silly and is always there for us. He is also a hard worker and helps anyone in need. My Mom has always worked full time but now has to work twice as hard since my Dad has not made money in several years. We don't get to see her as much and the house is upside down because she does a lot for us.

Please be kind to him and help me get my family back.

Sincerely,

Mathhew Stupak

Honorable Judge Woodlock,

I have known Adam Stupak for 34 years as that is my age and he is my older brother. I never imagined Adam being in this situtiation that he is in today.

Each night I feel sick knowing that my brother could be away from his 4 children for any amount of time. I am sure it is extremely hard as a Judge to make the decisions that you have to every day. I am also sure that you get many family letters defending their Children, Brothers, Sisters, etc and still have to make difficult choices. I am hoping that I can show a side of Adam that only a younger brother can know. Hopefully, once you read it will help you with your decision when it comes to Adam.

If there is one thing he has taught me it is how to be a Father. We often make fun of Adam as if he is their Mother. He is always with his children. Picking them up from school, coaching their little league team, getting them ready for their day and simply just taking care of them. Before I had kids of my own, Adam would always respond to my jokes calling him "Mommy" as you will see one day when you have your own. This is why I cannot imagine him being away from them for one day.

Again, I am sure you get many letters like this. I am very against when anyone brings up the events of 911 to help a cause. However, I am sure no one will be able to show you the pictures of Adam bringing food to the police and firemen on site. He was able to get the food from people in his neighborhood and through a retired NYPD officer who is his best friend get down to Ground Zero and hand it out. I am not sure of the details as to what time it was but I believe he had to start to work that day before 6:00am on a weekend morning. He is not the type to be able to communicate verbally what he did that day but just ask for the pictures and they will do the talking of his very small role in helping others. This is what any human should have done. We all wanted to. Adam went ahead and did it.

Finally, if there is one thing I can ask and pray for is that Adam does not have to be away from his kids for any period of time. I am not sure how the law works and how it relates to what he has done. From what I understand what he did, I am hoping he has already paid with what he has gone through the last few months.

I write this with a very heavy heart and hope this one time you make the decision that helps my brother move on with his life and continues to teach me how to be a great father.

Sincerely,

Darren Stupak

Darren Stupak

January 18, 2005

Evan Slavitt, Esq.
225 Friend St.
Boston, MA  02114

Attn.: Honorable Judge Woodlock
RE:    Adam Stupak

Dear Sir:

I write this letter on behalf of my grandnephew, Adam Stupak, and trust it will merit consideration.  My background consists of over 30 years of service as a probation administrator at the State Supreme Court of Brooklyn and Manhattan.  This, I feel, qualifies me as to some insight concerning Adam's current problem.

I have known Adam since his birth and can attest to his decency as a law-abiding member of society.  He has been a devoted husband, loving father of four children, and well respected by his family and neighbors.  In addition, he has previously been a candidate for the State legislature.  Together with his wife Susan, his life has been dedicated to community and charitable service.

Adam is currently undergoing treatment for severe depression due to the  nature of his present legal problems.  He has consistently professed remorse for his activities in this matter and is suffering from the stark reality that his career in the drug industry is shattered.

On behalf of the family, we beseech your Honor to show mercy to a man who made one mistake in which has otherwise been an exemplary life.  Your decision alone can help to restore my grandnephew to his former productive life.

Sincerely yours,

Henry Eisig
209K Covered Bridge Blvd.
Manalapan, NJ  07726

Herbert Stupak
17111 Ryton Lane
Boca Raton Fl 33496    5/7/07

Honorable Judge Woodlock
U.S. District Court, District of Massachusetts

Dear Honorable Judge Woodlock:

It has been two and a half years since I last wrote to you waiting for Adam to be given a chance to get on with his life. Since I last wrote you the lives of my family, wife, children and grandchildren   has become even worse.

Adam was a very productive person who lived a life of happiness and of returning to society what he was given.

Since I last wrote you, Adam was dismissed   from his job, as he pleaded guilty of a charge on the advice of his attorney that he would have no jail time and could be with his family. He has now waited three more years without being able to get jobs in the industry he loved because on his applications he writes he is guilty.  Adam has been UNABLE TO GET JOBS he is qualified for, as on Google and the applications he fills out he is guilty of a crime.

He is now trying to sell his home as he can no longer afford it. His family life is a shambles, as he feels unable to support them monetarily or morally.

The drug that Adam was selling is still one of the largest selling drugs in the world and Serono sold the drug to Merck who are marketing it.

Adam was truly a salesman who believed in a drug that did and still is working ,and plead guilty for two reasons. When his lawyer told him what the law was he chose to take responsibility. He was told for understanding that the court considered him guilty and he testified to all he knows that he would be able to stay with his family and have no jail time or fines.

Adam has served the loss of three years of his life while on C N N it was shown this past week that 94 % of the medical personal in this country get and give rewards for recommending  services.

Adam did not set out to break a law nor get anything from this process than to lose four years of his life as a productive human being in our society.

Please I beg you to let my family get on with there life and let Adam start over. He wa sable to get a new job 4 weeks ago in real Estate and even though he has not made a cent yet,  It is again giving him a feeling of some self esteem and that he can now go on to be the person he was. By showing the leniency he deserves he can go back to being a productive person in our society

Herbert Stupak

Anna Stupak
17111 Ryton Lane
Boca Raton, Florida 33496

December 31, 2004

Honorable Judge Douglas Woodlock
U.S. District Court, District of Massachusetts

Dear Honorable Judge Woodlock:

If anyone would have told me that I would be writing this letter to you regarding my son Adam, I would have sworn on my life that this could not be so. Adam is kind, compassionate, devoted to his family and has always been a wonderful son. He has been an angel in my life since the day he was born, and it is with a heavy heart that I write this letter to you. Although it is perfectly normal to view your child through rosy glasses, my views regarding Adam are not possessed by me alone. Most people who know him share my strong opinions regarding his good nature, his family values and his general commitment to being a good human being. To say that I am sad about the current series of events is a gross understatement, but I hope that by sharing some personal experiences about my son, I can shed some light on his strong character and convey why I am so very proud of the person I call my son.

Since Adam was a child, he has been devoted to his family, exhibited a strong work ethic and shown a commitment to others in his community. As a young person and teenager, Adam voluntarily accompanied his father to work on a regular basis at our family drug store. Whatever his father requested of him, Adam was eager to help out. While attending college, Adam was sensitive to the financial burden imposed on his father and I. As a result, Adam tried to contribute in every way possible. This included working at a clothing store and maintaining other jobs to help alleviate the financial burden. As a husband and father, Adam's commitment to family grew even stronger. In Adam's eyes, nothing is more important than his wife Susan and his four young children. Each Friday night, as his family celebrates Shabbat, the love and kindness that is exhibited in Adam's household is beautiful. Although Adam was not raised in a religious household, his yearning for a fuller life for himself and his family caused him to turn to religion and get more involved with the Jewish community. Adam and Susan are extremely involved in the education of their children, their synagogue and their community. As a testament to how they are viewed by others, Adam and Susan were honored as "Parents of the Year" in 2003 at a charitable event attended by over 300 people.

The past year has been a living nightmare for Adam. Adam and his wife merely do the best they can to provide for their family. Other than his salary, Adam did not receive substantial remuneration for his work at Serono. He merely did his best and did what he thought was appropriate at the time. Given Adam's financial situation, coupled with the strong emotional toll that the past year has taken on Adam and his family, Adam agreed to the plea before you. As Adam's mother and someone who truly knows him, I am begging from the bottom of my heart that you consider Adam's strong character and grant him the greatest leniency when determining his sentence.

Sincerely yours,

Anna Stupak

Anna Stupak
17111 Ryton Lane      5/17/2007
Boca Raton Florida 33496

Honorable Judge Woodlock
U.S. District Court

Dear Honorable Judge Woodlock:

There is a saying that goes that you are as happy as your unhappiest child-well I have not been happy for three years. Adam plead guilty-with that plea his life veered in a completely different direction. It had nothing to do with right or wrong but everything to do with intimidation-the deal was made-not knowing what lay ahead. After Adam plead guilty he was paralyzed with fear he couldn't get out of bed , he vomited every morning he didn't shave he couldn't be with anyone-he wanted his life to be over-since he felt that it was. Adam was unable to get a job this is a man with a masters in business has not made any money since his plea at every interview they are impressed until they google him.His house is up for sale He is deeply in debt.  his wife works a full time job with having four young children at home.He just got a job at a real estate firm and is first  feeling like a productive person again. Adam is a giving person-ironically if anyone was looking for a job he would always make a connection for them-Adam raised money for N.Y.U. medical center .He raised money for Make A wish Foundation .He also raised money for many Jewish organizations. When 9-11 happened Adam went to Costco and bought socks for the police and coffee for everyone who need a hot drink This is my sons character Please let my son go home to his family so we can see  what good is suppose to look like,          Thank-you Anna Stupak

♛ **COLUMBIA UNIVERSITY**

*School of Dental and Oral Surgery*

SIDNEY B. EISIG, D.D.S.
*George Guttmann Professor of Clinical Craniofacial Surgery Division Director, OMFS Chief, Hospital Dental Service*

**NewYork Presbyterian Hospital Oral and Maxillofacial Surgery**
630 West 168th Street-P&S Box 20
New York, NY 10032
212.305.7626 Tel
212.305.9017 Fax
sbe2002@columbia.edu
www.dental.columbia.edu/omfs

January 3, 2005

Honorable Judge Woodlock
c/o Mr. Evan Slavitt
225 Friend Street
Boston, Massachusetts 02114

Re: <u>Adam Stupak</u>

Dear Sir:

Although it pains me greatly to have to write this letter, it gives me great pleasure to offer you this very strong letter of support as to the character of Adam Stupak. Being an older cousin of Adam's, I have known him his entire life. For several years, our families lived within a few blocks of each other and, like many extended families in the 1960's and 70's, grew up together. As a child Adam would humor me by accompanying me to a large construction site near our apartments several times a week to watch a shopping mall rise from water and landfill. I knew that he really didn't want to go but was being a good sport about it.

I have come to know Adam's strengths very well as he was growing up. If I can think of a phrase to describe Adam it would be "kind-hearted with a gentle soul". Even though he is the oldest of three siblings, I always found him to be the most sensitive. His sensitivity isn't of the selfish kind; it is a sensitivity and empathy for those around him. He cares deeply when family members and friends are ill. This was evident when my mother (Adam's aunt) became ill with cancer and when his grandparents became ill.

In forty years I have never heard Adam raise his voice to another. He is not one to create conflict. In fact he feels strongly in conciliation and community service. Several years ago he ran for the State Legislature against an entrenched powerful incumbent at significant personal expense. Although he had no chance to win, Adam said he was running because he felt he could do a better job of representing his community. Two years ago he and his wife were honored by a local Jewish organization for their charitable work.

I recognize the legal difficulty Adam is in right now. However, Adam has always been honest and forthright with me. He is someone who admits his mistakes and learns from them quickly. Adam, his wife Susan, and their four children have suffered greatly this

**Columbia University Medical Center**

January 3, 2005
Adam Stupak Letter
Page 2

past year.   I hope that the Court recognizes that Adam has taken responsibility for his actions and that Adam has a good heart.

I would be more than happy to discuss Adam's attributes in person.   Thank you very much for your time and consideration.

Sincerely,

Sidney B. Eisig, D.D.S.
George Guttmann Professor and Chair

Dear Honorable Judge Woodlock,

My older brother, Adam Stupak, is an extremely important special man to me and our entire family. Adam and I have a unique relationship as we have always lead parallel lives. Adam and I share a birthday, got married a year apart and have children with similar ages. Adam is truly a committed family man  He has always been a caring, giving and kind individual.

Adam is the pillar of his immediate family. He is the best father I have known, from changing diapers and feeding bottles to carpooling to school and coaching baseball teams. Adam seems to know how to balance his life with work and his family. Being a father of four is no easy task; however, Adam seems to give each child their own time and helps them flourish individually. Each one of his children is different, and he seems to know how to provide the support they each need. Adam is the father who sits down and helps with homework, talks to them about social issues and of course, knows how to have a fun jovial relationship with his children. Adam is the father who sees his children everyday. He tucks them in at night and knows exactly what is going on in all four of their lives.

Adam is the oldest in our family. He is my parents first born. My father's best friend and my mothers "apple of her eye". My father and Adam have a very unique and special relationship. They speak almost everyday and enjoy so many of the same things. My father looks forward to flying up to New York to spend quality time with Adam and his children at New York Jet football games, little league games and a Shabbat dinner at Adam's house. These times are priceless. Adam is always taking care of my parents and making sure they have wonderful quality time with their grandchildren. When my parents lived in New York and my mother needed to go the doctor, and my father had to work, Adam was the one who would take the time to take my mother to her doctor appointments. Adam always makes the time for his family. He is the one who would put everything else aside in order to help his parents, his children, his wife and his siblings.

Adam is an individual who only wants to provide a good life for his children. I speak to Adam about 3 – 4 times a week, as does our younger brother. We are an extremely close family that makes sure that our children will also have those special relationships with one another. My children's best friends are Adam's children. They do not see each other on a weekly basis as we live in different states. However, summer vacations, winter break and several long weekends are always spent together. Adam is the one that makes sure this happens!!!

Finally, I cannot say enough about my older brother. He is the type of individual I can only hope that my sons and his sons turn out to be.

Sincerely,

Allison Kava

Allison Kava

June 22, 2007


Honorable Judge Douglas Woodlock
United States District Court, District of Massachusetts


Dear Honorable Judge Woodlock:

I am writing on behalf of my brother in law, Adam Stupak. I have known Adam for 21 years, and can personally vouch for his kindness, compassion, and honesty. Adam comes from a family that has always emphasized the values of hard work and the importance of love and family. He very much lived his life with these attributes. While on face value, the legal issues that have surrounded his life recently question whether he deviated from these values, I believe that it was his own innocence that allowed him to be misled; first by his employers and then by his previous attorney.

Since I have known him, Adam has been a loving and devoted husband and father. He has four very intelligent and beautiful children who give him pleasure and pride.    His wife continues to work long hours to provide a good life for these loving children, who have truly suffered from the uncertainty of not knowing if their father will be with them in the future. Adam's legal issues have tarnished his name, so that it is difficult for him to obtain employment at this time. It hurts Adam deeply to realize that the honesty and integrity that have surrounded his life for all of these years will not be known to anyone outside of his friends and family, for now. I believe that this, alone serves as a very harsh punishment for Adam. I hope that you can find it in your heart to recognize this.

I thank you for your time and consideration. If given another opportunity, I believe Adam will show us all once again, what goodness and honesty can do. I respectfully request that he be given that opportunity.


Sincerely,

Bruce Kava

Bruce Kava MD
Assistant Professor of Urology
University of Miami School of Medicine
Chief, Urology Service
Department of Veterans Affairs Medical Center
Miami, Florida

January 7, 2005

11 Woodland Road
West Caldwell, N.J. 07006

Honorable Douglas P. Woodlock
U.S. District Court
District of Massachusetts

Dear Judge Woodlock

We are writing to you on behalf of Adam Stupak who, as his aunt and uncle, we have known since he was born and have been able to observe him throughout his formative years through his transformation into a responsible adult.  Throughout this time, over the past forty years, we have been very proud of Adam as he progressed through the stages of life, always being an active and supportive member of both his immediate and extended family.

We believe Adam has consistently demonstrated his character and commitment to the community in his everyday actions involving his immediate family as well as his involvement with his synagogue.  His life revolves around his immediate family, especially his four young children, who rely on Adam as their source of values, security and their spiritual well being.

With the above in mind, we appeal to you to be as lenient as possible in sentencing Adam in the matter before you.

Sincerely,

Susan Stupak                    Elliot Stupak

2933 Venezia lane
Thousand Oaks, CA  91362

January 4, 2005

Honorable Judge Woodlock
c/o Mr. Evan Slavitt
225 Friend Street
Boston, Massachusetts 02114

Dear Sir,

I am the sister-in-law of Adam Stupak. I have known him for over 14 years. I know him
to be a good man and to have very good character. He is a good father to his kids and a
good brother.

Adam has been an excellent role model for my husband. He lead by example and taught
my husband to be a great father. I have also noticed he goes out of his way for others
whether they are family, friends or people he meets for the 1st time. He is the type to take
you to the airport at 5:00am and pick you up at midnight.

I am shocked by what has happened and hope and pray that you can be as lenient on
Adam as possible. As a Mother, I can not imagine a father being away from their
Children.

Yours truly,

Ilysa Stupak

Larry and Susan Sachs
570 Atlantic Ave
Lawrence, NY  11559
516-295-3480


The Honorable Douglas P. Woodlock
United States District Judge
United States Courthouse
One Courthouse Way
Boston, MA 02210


I have known Adam Stupak for approximately eleven years.  I got to know Adam and his family because our children attend school together.  Adam's oldest son and my son are in the same grade and his second oldest boy is in the same grade as my daughter.  Over the years we have spent much time together individually, as couples and as families.  I am writing to you hoping that my observations will help persuade you to show leniency in sentencing Adam.

During the time I have known Adam he has always focused on his family.  I have not discussed the case with Adam and know only the general outline of it.  I know, however, that Adam would never hatch an illegal plot. Below are just a few simple examples of the type of high morals, inherently good values and character that I have witnessed in Adam.

A few summers ago, Adam offered to drive my son and me to Pennsylvania to the sleep-away camp that the boys were to be attending. While he had recently started a new job and was feeling that pressure, he felt it important enough to take the morning off for the drive.  My son was having nervous, conflicting feelings about going away for eight weeks. Adam was extremely helpful, emotionally supportive and encouraging to my son that day – during the entire drive up and as we said our good-byes to the boys at camp.  I will always be grateful to him for that.  As we drove back into the city and he went to park the car I offered to pay for the parking and some of the gas and tolls.  Adam refused to take it.  We instead agreed to give that money to charity.  He showed me that day that the pressures of business did not stand in the way of him making correct choices regarding his family, his friends or charity.

Another example of Adam's ability to subordinate his business interests to his duty to his family was his conduct during his father-in-law's long illness and recent death.  Adam often made trips with his wife and with his children to be with his father-in-law in Florida during several years of debilitating illness and

treatment. I am sure this was at cost to his moving up some corporate ladders. I saw him every morning during the shiva period comforting his wife and her family; helping organize meals, taking the children to school, and doing whatever it took to be a host to Susan's large family. Again this showed that while Adam was not firmly established in his new job, he put that second to his family.

It should also be noted that Adam and Susan's commitment to providing a religious education caused them to enroll their children in a private Jewish Day School, even while living in one of the finest public school districts. For most families sacrifices must be made to pay the tuition even in the best of financial times. Adam and Susan have shown their dedication to continue their children's religious education even through these difficult times. I'm sure this has only been made possible due to extreme sacrifices and it shows a true commitment to their values and their desire, not for financial wealth, but rather for the future of their children.

In whatever discussions we had about business Adam never discussed schemes. He took pride in working for very large corporations and was impressed with the training, education and leadership they provided. These past few years, however, have torn him up. Though he never confided in me the problems and strain he has been under, I noticed a difference in him. I mistakenly attributed the changes to the stresses of his new job, not legal problems from his past job.

Adam has fully cooperated with the investigation and has already paid a high price and has struggled to maintain his responsibilities to his family. Adam has been exiled and branded with a mark of impropriety that he will take to every future job interview. His days and nights have been consumed with worry of providing for his family and with the specter of being separated from them. I respectfully request leniency for Adam. Please allow him to begin moving forward, to reconstruct his life, and, most importantly to him, provide the love and support to his family.

If you have any questions I will be happy to speak with anyone on Adam's behalf.

Very Truly Yours,

Larry Sachs

Kim B. Fields
5 Vista Lane
Brookville, New York 11545
T: 516-484-3883
F: 516-484-1611

December 25, 2004

Honorable Judge Douglas P. Woodlock
U.S. District Court, District of Massachusetts

Dear Honorable Judge Woodlock:

I am writing to you regarding Adam Stupak. I have known Adam for thirty-six years, and therefore, I believe I am well suited to opine regarding his integrity, his character and his general contributions as a human being. First and foremost, Adam is a family man. He has a wife named Susan and four young children to whom he is completely devoted. Whether it be assisting his children with homework, playing with his boys on the ball field or comforting his two-year old daughter when she is frightened or sick, Adam is always there. In this busy world, Adam represents what many fathers aspire to be. Not only is Adam devoted as a father and husband, but he is also extremely close and committed to his parents, his brother and his sister. Family is first and foremost in the Stupak household, and the strong values that were instilled in Adam as a child continue to influence him as an adult. I can't say enough positive things about his commitment to family. Overall, Adam serves as a positive example for all who know him.

In addition to family, Adam is committed to friends and strangers alike. If there is any way in which Adam can assist others in need, he will do so. Whereas some perform charitable acts merely for prestige or hoping to get some favor in return, Adam gives of himself because he truly gets satisfaction out of helping others and being a good human being. Whether it be a close friend or someone in the community that he barely knows, Adam is always willing to assist. I have personally witnessed situations where Adam has quietly (so as not to embarrass) contributed money to a homeless person on the streets of New York City, contributed his time to a community event and donated his blood to a person in need, so I can attest to his generosity of spirit. Adam is truly a good soul.

As to integrity, I have always known Adam to be a completely honest person. Sometimes, people are naïve and make mistakes in life. However, I have never known Adam to knowingly act fraudulently or dishonestly. He is truly respectful of the law and would not knowingly act otherwise.

Overall, Adam is an exceptional human being and a valuable person to society. As an attorney, I am saddened to see Adam in this situation. I hope that I have provided some insight into his positive character. Notwithstanding the charges made against Adam, I respectfully request that you grant him leniency in determining his sentence. If you have any questions regarding the foregoing or I can be of any further assistance, please contact me at 516-484-3883.

Very truly yours,

Kim B. Fields

June 21, 2007


The Honorable Douglas P. Woodlock
United States District Judge
United States Courthouse
One Courthouse Way
Boston, MA 02210

To the Honorable Judge Woodlock,

I am writing this letter with a heavy heart. I met Adam and Susan Stupak twelve years ago along with their three boys. They are now, Evan- age 10, Andrew - age 12, Matthew, - age 15 and then little Katie was born who now is 4 years old. I have watched these children grow up and watched each child suffer the consequences of this trial. They all live in fear of their family being broken up, their education uprooted and fear for their father's life. As a parent I know it is not easy for Adam to cope with watching his children suffer. He has a very big heart and is a quiet gentle man and we worry about this mental strength. This is a family that I have come to love and respect. I have learned about the importance of traditions, holidays, and raising a family from the Stupak's. Adam studies the teachings of the Torah and opened his home for people to come and learn with him. A few years ago, Adam and Susan were honored by the Chabad Organization for their charitable work for our community. He taught his children the meaning of charity by his own example. When Adam heard that one of Matthew's teachers was in the hospital, he quickly organized a visit to the teacher with some of the students. When my own husband needed a stem cell transplant, he was the first one to donate blood and platelets and make sure that we had all the donors needed. Even with his own troubles going on, he was always there to make sure we were all right. Things are not all right and we still need him very much.

Since Adam can no longer provide for his family, this situation has drained their finances. Susan bears the burden of working 14 hour days trying to keep the bills paid, while taking care of the needs and fears of four children and a husband who is distraught. I have watched her health deteriorate and her stomach pains getting worse because as we all know, stress does land somewhere in the body. Years of this trial have taken away health from Susan, Adam suffers deeply in silence and the kids are a mess. All this because Adam pleaded guilty in order to save his family and not cause them financial hardship, to get it over with so that the kids would not have to suffer and to continue life side by side with Susan. Adam sacrificed himself in order to save his family, yet the opposite has happened.



**The Brodsky Family**
896 Carol Court
Woodmere, New York 11598
Daytime Phone # 718-345-8877
Tagoladad@aol.com

June 22, 2007

The Honorable Douglas P. Woodlock
United States District Judge
United States Courthouse
One Courthouse Way
Boston, MA 02210

Judge Woodlock,

I have been a friend of Adam Stupak's for more than ten years and during that time my level of respect for him has grown tremendously. He is a wonderful father to his four children, and is always available to volunteer at our local school. Whether delivering food to the underprivileged in our community or escorting the kids to the local senior center, he can always be counted on to lend a hand.

We also attend the same house of worship, where I have had the pleasure of serving with Adam on several committees. We have served on our temple's Re-Imagine

committee as well as the board's nominating committee. Even after a long day at work, and doing homework with his kids, he arrives for our evening meetings with a vigor that is to be commended.

Adam was also the coach of my son's youth basketball team for two years. He represented himself, his players and our community with decency, decorum and a wonderful sense of fair play.

I, my family and our community as a whole are better for having known Adam Stupak

Sincerely,

The Brodsky Family

Alan, Caroline, Matthew & Jason

**CONGREGATION**
BEIH MENACHEM

בס"ד

The Jean Fischman
**CHABAD CENTER**
OF THE **FIVE TOWNS**

**GAN CHAMESH**
EDUCATIONAL CENTER
*Dedicated by Mr. & Mrs. George and Pamela Rohr*

74 Maple Avenue, Cedarhurst, New York 11516 • Phone: 516 295-2478 • Fax: 516 295-7840

Rabbi Shneur Z. Wolowik
*Director*

The Honorable Judge Douglass Woodlock
C/O Bodoff Slavitt
225 Friend St.
Boston, MA 02114

Chana Wolowik
*Program Director*

December 28, 2004

Honorable Judge,

I have known Mr. Adam Stupak and family for close to ten years. Adam is a man of integrity, honesty and trustworthiness. Mr. Stupak has tremendous love for his family which is noticeable in all he does, namely enlisting his children in a private school, thus ensuring that they get the highest level of education possible.

Stupak and his family have very strong religious convictions. Adam is well respected in the Five Towns community for his dedication to community values. He is a staunch member of our Chabad Center and committed to its positive causes.

I therefore ask of you to please judge him with kindness and I would greatly appreciate any courtesies extended to him. If you wish to contact me in person, please don't hesitate to call me at 516-295-2478.

Sincerely,

Rabbi Shneur Z. Wolowik
Director

**LOCAL PROGRAMS**

Adult Education Academy • Bagel Babies • Bat Mitzvah Club • Chabad Hebrew School • Chabad Youth Club • Chai Five Mitzva Club • Computer Resource Room
Cong. Beth Menachem • Food for the Poor • Gan Chamesh Educational Center • Holiday Celebrations • In-Home Visitations • Jewish Crafts Workshops
Jewish Learning Institute • Kashrus Campaign • Mezuzah Campaign • N'shei Chabad • Professional Counseling • Public Menorah Lightings • Public Passover Seders
Publications • Sara Blaustein Jewish Woman's University • Shabbatons • Speakers Bureau • Special Events • The Friendship Circle
The Max & Hannah Riske and Eliyahu Weissman Beit Midrash • Youth Activities

Arnold Greenberg
860 United Nations Plaza
New York, New York 10017

January 1, 2005

Honorable Judge Douglas Woodlock
U.S. District Court, District of Massachusetts

Dear Honorable Judge Woodlock:

     I am writing this letter in regard to Adam Stupak, whom I have known for fifteen years. He is a wonderful human being involved in his family and community. He is a generous and charitable man. I am a trustee of New York University Hospital, and Adam has always been very supportive of the Hospital. He has been responsive and eager to help in any way whenever called upon. We have attended charitable functions where Adam and his wife were chosen as guests of honor by their community and friends. They are very involved in raising money for their children's school and their synagogue. Adam has four children ranging from 2 years old to 12 years old. He is a devoted father and husband. His family always comes first.

     As one of the original founders and Chief Operating Officer of the Snapple Beverage Co., I had the fortune of working with Adam's wife Susan with Snapple's advertising campaign. In addition, I have a personal relationship with Adam and Susan. I have always considered Adam to be a bright young man with great regard for those around him. In my opinion, Adam's character is above reproach. I hope you will consider my strong regard for Adam Stupak when making your decision about his future. He is truly a fine man.

Sincerely yours,

Arnold Greenberg

January 19, 2005

Honorable Judge Douglas P. Woodlock
US District Court
District of Massachusetts

Dear Honorable Judge Woodlock:

We are writing to you on behalf of our good friend Adam Stupak. After learning of
Adam's unfortunate situation we became outraged and felt compelled to write to you to
describe Adam's character and the type of person he is. Adam is a devoted family man, a
hard working man, and a professional business man. We know Adam for over 16 years
and as such, feel that we know him well enough to describe his character to you. We
strongly believe that the crime that Adam has been accused of is an injustice. We
respectfully request that you take into consideration that Adam has a clean record and has
never been accused or convicted of any wrong-doing.

We first met Adam in 1989, when we were both newly married couples. One of the first
things we recognized about Adam is that he was very family oriented. Adam would often
trade time with his friends in order to spend time with his wife, or his own parents and
siblings. Living close by to his parents, it afforded Adam the opportunity to see them
daily. Adam's in-laws also lived locally and Adam would often drop by to see if they
needed help with anything. About three years later, Adam and Susan started their own
family. Today, Adam and Susan have been married for over 16 years and have four
young children, ranging from the ages of 12 to 2. Adam enjoys spending time with his
kids and loves to be involved in their lives. He helps the boys with their homework and
projects, takes them to sporting events, and enjoys practicing and attending their soccer
and little league games. Katie, the only girl in the group, received a lot of daddy's
attention and is truly the apple of Adam's eye. We often tell Susan how lucky she was to
have a man so devoted to his family.

Adam's love for family is an outgrowth of his own childhood. As mentioned above,
Adam comes from an extremely close knit family, with a brother and sister and two very
devoted parents. They are all still an integral part of his life today even though they all
live in different parts of the country.

For a while, Adam had aspirations of getting into politics. Although Adam didn't win the
election, Adam would have made a fine senator, as he truly cared about the mission, and
the people who put their trust in him. Adam and Susan are active members of their
synagogue and have strong religious convictions. Adam is also a philanthropist and
donates both his time and money to many charitable organizations. Although being
philanthropic is commendable, even more admirable is the way Adam gives of himself to
others in need. One example of this was during the 9-11 tragedy. While most people
were shocked and paralyzed, and afraid to travel into New York City, Adam had a

burning need to help others.   Adam loaded his SUV with food, water, blankets, flashlights and other critical items and drove around the area of ground zero for hours looking to help anyone in need.   This type of behavior is typical of Adam, as he often puts other's needs first, ahead of his own.

We are writing to you in hopes that you will understand the type of person Adam Stupak is and hope that you will take this information into consideration.  We respectfully request that you grant Adam leniency when determining his fate.  We strongly believe that Adam did not intentionally commit a wrong doing, and is suffering solely from being naive and following his management's direction.    Thank you for your consideration.

Respectfully yours,

Brenda and Larry Sand

*Dina Akbar*
*3032 Maple Shade Lane*
*Wilmington, DE 19810*
*miradiak@aol.com*
*917-880-7464*

June 21, 2007

Peter Parker, Esq.
151 Merrimac Street
Boston, MA 02114

To Whom It May Concern:

This letter is in support of Adam Stupak.

I have known Adam Stupak for six years. He hired me as a pharmaceutical representative for Novo Nordisk, Inc. in March, 2001. He was my district manager until January, 2004.

As I was new to the industry, Adam trained me and taught me how to be a pharmaceutical representative. He taught me and the team to work hard, listen to our customers and be a credible resource. I want to make it very clear that Adam Stupak never suggested, asked or implied that I do anything unethical, questionable or suspicious in order to get the business.

In addition to knowing him as my leader and manager, I also knew him as a family man. Adam would always mention how much he loved his wife, Susan, and four children. During his time as my manager, his fourth child was born and it was quite the occasion. I have met his whole family a few times, including when they were honored at their local Chabad Center.

If you need any more information from me, please do not hesitate to contact me at 917-880-7464.

Sincerely,

Dina Akbar

# ALAN L. POSTMAN, P. A.

1295 Laurel Court
Weston, FL 33326
Telephone: (786) 436-2222
Facsimile: (954) 660-0009

January 4, 2005

Honorable Judge Woodlock
c/o Mr. Evan Slavitt
225 Friend Street
Boston, Massachusetts 02114

Re: ADAM STUPAK

Dear Judge Woodlock:

I have known Adam and his family for over 10 years. I consider him to be a good father, son, and husband who is devoted to his family.

As a former circuit judge in Dade County, I have handled many sentences, including the death penalty.

I always looked for strong family roots and ties; someone who was repentant and someone who I knew I would never see in Court again. I suggest that this is true of Adam Stupak.

I ask that your honor consider being as lenient as possible.

Very truly yours,

Alan L. Postman (Retired Judge)

*Law Office*
# ERIC S. FINGER

236 Mineola Boulevard, Suite 200                                        Tel: (516) 693-0600
Mineola, New York 11501                                                  Fax: (516) 693-1437
                                                                         Email: esfesq1150@aol.com

To The Honorable Justices of The Court:

My name is Eric S. Finger. I am a practicing attorney, licensed to practice in both New York and Connecticut. More importantly, however, I have been close personal friends with Adam Stupak for more than 25 years.

I write this letter on behalf of Mr. Stupak, to ask for leniency in his upcoming sentencing. I am aware of the circumstances that have brought Mr. Stupak before your court. I have discussed this matter with Adam on several occasions, and know that he deeply regrets the events that have led up to this time.

More importantly, I wish to make the Court aware of the type of person that Adam is. He is the proud husband to his loving wife, Susan, and the most amazing fathers to their four (4) children. Adam is the "rock" of his family. He is the person whom everything and everyone revolves around. Even Adam's license plate reads "Adams Family". Adam is a religious man, who is very active in his synagogue. In sum, he is a very productive member to his community.

Adam has always been a true friend and confidant to myself, along with his many friends and very large family. He is always willing to put aside his personal interests, in order to assist others.

It is my sincere opinion, that justice would not be served, by handing down any sentence that might remove Adam from his family friends, or his community.

I respectfully request that the Court take in to consideration mine and the other letters submitted on behalf of Mr. Stupak, before imposing any sentence.

Your courtesy and compassion is greatly appreciated.

Very truly yours,

Eric S. Finger

*Member of the New York & Connecticut Bars*
MARIE SIMMONS - Office Manager